```
            UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

**MICHAEL LEWIS,**

    **Movant,**

**v.**                                **Case No. 2:21-cv-02158-SHM-tmp**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Movant's Motion Pursuant to 28 U.S.C. § 2255 is denied and dismissed. The Court certifies that an appeal would not be taken in good faith and Movant is denied a Certificate of Appealability and Leave to Proceed In Forma Pauperis on Appeal. This action is denied with prejudice in accordance with the Order (D.E. No. 15) docketed February 13, 2024.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*February 13, 2024*                         WENDY R. OLIVER
DATE                                            CLERK

                                                         */s/ Jairo Mendez*
                                                         (By) DEPUTY CLERK